People of the State of Illinois, ex rel. Joan Julia Fortune, Appellee, v. Thomas Joseph Dwyer, Jr., Appellant.

Gen. No. 64-34.

Second District.

January 20, 1965.

Julius Lucius Echeles, of Chicago, for appellant; William J. Bauer, State's Attorney, of Wheaton (Edward W. Kowal, of counsel), for appellee. Opinion by PRESIDING JUSTICE ABRAHAMSON. Not to be published in full.